IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 18-00324-CG |
| | ) | |
| DONALD GLEN CASE | ) | |
| | ) | |
| Defendant. | ) | |

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court on the United States of America's Motion for a Preliminary Order of Forfeiture (Doc. 19) for the following:

**One RG Industries, model RG14S, .22 caliber, revolver, SN: Z071213 with five .22 caliber rounds**

Being fully advised of the relevant facts, the Court hereby finds that the defendant, a felon, was in possession of the above listed firearm, for which he pled guilty, and the five .22 caliber rounds referenced above. The United States has established the requisite nexus between the property and the offense pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), the firearm and ammunition identified above are

hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that upon issuance of this Preliminary Order of Forfeiture, the United States shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding and also publish notice of its intent to forfeit the property pursuant to Rule 32.2(b)(6) and 21 U.S.C. § 853(n)(1). Determining whether a third party has any interest in the property must be deferred until a third party files a claim in an ancillary proceeding under Rule 32.2(c).

It is FURTHER ORDERED that this order shall become a final order of forfeiture as to the defendant at sentencing.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property, including a final order of forfeiture pursuant to Rule 32.2(c)(2).

**DONE and ORDERED** this 18th day of March, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE